IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 3:95CR25-V; 3:04CR191-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| ) | |
| BRIAN KEITH BURROUGH ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion to set a Competency Hearing, Supervised Release Violation and Sentencing Hearing in the above captioned case.

**IT IS, THEREFORE, ORDERED** that a Competency Hearing, Supervised Release Violation and Sentencing Hearing in this matter is scheduled for December 8, 2008 at 2:00 p.m. in the United States Courthouse, in Statesville, North Carolina. **IT IS FURTHER ORDERED** that a copy of this Order shall be sent to the Defendant, Defense Counsel, the United States Attorneys Office, the United States Marshal's Service, and the United States Probation Department.

Richard L. Voorhees
United States District Judge

Signed: September 15, 2008