# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:04CR191**

**V.**

**ORDER**

**BRIAN KEITH BURROUGH**

_____

   **THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 276) Motion to Seal Government's Exhibit 1 to Government's Response in Opposition to Defendant's Motion For Compassionate Release.

   **IT IS ORDERED**, that United States Attorney's Motion (Doc. No.276) is **GRANTED.**

Signed: October 6, 2021

_____
Frank D. Whitney
United States District Judge