UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:04-CR-00191-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BRIAN KEITH BURROUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the *sua sponte* following review of Defendant's Amended Motion to Reduce Sentence, (Doc. No. 294), and the Government's response in opposition, (Doc. No. 295). In light of the issues raised by the parties, including the Government's acknowledgement that Defendant is eligible for a sentence reduction under Section 404(b) of the First Step Act, the Court DIRECTS the United States Probation Office to prepare a supplemental presentence report within fourteen days. The parties may file any objections to the information contained in the supplemental PSR within seven (7) days, and if no objections are filed, the Court will consider the motions ripe for ruling.

**IT IS, THEREFORE, ORDERED that** the Clerk's Office is respectfully directed to serve a copy of this Order on Defendant at his address of record, the United States Probation Office, the United States Attorney's Office, and defense counsel.

**IT IS SO ORDERED.**

Signed: May 16, 2023

*Frank D. Whitney*
United States District Judge

1